```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 20550
   HANNAH JOHNSON
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER


          Debtor
   SSN XXX-XX-0546


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/02/2007 and was not confirmed.

     The case was converted to chapter 7 without confirmation 03/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
WELLS FARGO BANK           NOTICE ONLY     NOT FILED            .00            .00
DAIMLER CHRYSLER FINANCI   SECURED VEHIC   11911.00             .00            .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG        .00             .00            .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE   13000.00             .00            .00
CODILIS & ASSOCIATES ^     NOTICE ONLY     NOT FILED            .00            .00
AT & T WIRELESS            UNSECURED       NOT FILED            .00            .00
BUREAU OF COLLECTION REC   NOTICE ONLY     NOT FILED            .00            .00
ROUNDUP FUNDING LLC        UNSECURED         800.25             .00            .00
CINGULAR WIRELESS          UNSECURED       NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED       NOT FILED            .00            .00
ARNOLD SCOTT HARRIS        NOTICE ONLY     NOT FILED            .00            .00
LINEBARGER GOGGAN BLAIR    NOTICE ONLY     NOT FILED            .00            .00
COUNTRY CLUB HILLS COLLE   UNSECURED       NOT FILED            .00            .00
RMI/MCSI                   NOTICE ONLY     NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSECURED        1361.73             .00            .00
NICOR GAS                  UNSECURED       NOT FILED            .00            .00
RMI/MCSI                   UNSECURED         500.00             .00            .00
VILLAGE OF HILLSIDE        NOTICE ONLY     NOT FILED            .00            .00
DAIMLER CHRYSLER SERVICE   NOTICE ONLY     NOT FILED            .00            .00
DAIMLER CHRYSLER FINANCI   UNSECURED       15927.00             .00            .00
GLEASON & GLEASON LLC      DEBTOR ATTY          .00                            .00
TOM VAUGHN                 TRUSTEE                                             .00
DEBTOR REFUND              REFUND                                              .00


      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 20550 HANNAH JOHNSON
```

```
DEBTOR REFUND                                                              .00
                                          ---------------    ---------------
TOTALS                                                .00                  .00
```

　　Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                        /s/ Tom Vaughn
Dated: 06/23/08                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```